James J. Joseph (Tr) [State Bar No. 053840]
kvalbuena@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904
Telephone: (310) 201-2404
Facsimile: (310) 277-5735

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re

DANIEL J. ADLER JR.

　　　　　　　　　　Debtor.

) Case No. 8:04-bk-13024-ES
) Chapter 7
)
)
) **REPORT OF TRUSTEE UNDER RULE**
) **3011**
)
)

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1062 in the sum of $164.46 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: June ____, 2011

_____
James J. Joseph (Tr)
Chapter 7 Trustee

-1-

# ATTACHMENT

## LISTING OF DIVIDEND PAYMENTS

CLASS OF CREDITOR BEING PAID:    General Unsecured Claim

AMOUNT/BALANCE TO DISTRIBUTE:    $164.46

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000022 | VERIZON CALIFORNIA INC<br>AFNI/VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | $158.33 | $77.64 |
| 000037 | ACME POOL CARE<br>421 MONTE VISTA<br>IRVINE, CA 92602 | $1,260.75 | $86.82 |
|  | TOTALS: | $1,419.08 | $164.46 |
|  | CASE NUMBER: | 8:04-bk-13024-ES | |
|  | CASE NAME: | ADLER JR., DANIEL J. | |

\* Total also includes employee taxes withheld.

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

**CHECK NUMBER**
**1062**

TURNOVER OF UNCLAIMED FUNDS
PURSUANT TO RULE 3011

James J. Joseph, Trustee
2029 Century Park East
Third Floor
Los Angeles, CA 90067-2904

| DATE | AMOUNT |
|---|---|
| 06/01/11 | *********164.46 |

| CASE NUMBER | DEBTOR |
|---|---|
| 8:04-13024    ES | ADLER JR., DANIEL J. |

**PAY TO THE ORDER OF**

UNITED STATES BANKRUPTCY COURT
411 W. FOURTH STREET, SUITE 9041
SANTA ANA, CA 92701-8000

*One Hundred Sixty Four Dollars And 46/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001062⑈ ⑆111000012⑆ 3758666942⑈

| Date: 06/01/11 | Check Number: 1062 | Amount: 164.46 |
|---|---|---|
| Case Number: 8:04-13024    ES | | |
| Debtor Name: ADLER JR., DANIEL J. | | |
| Tax ID: 75-6732888 | | |

| Paid To: | **UNITED STATES BANKRUPTCY COURT**<br>**411 W. FOURTH STREET, SUITE 9041**<br>**SANTA ANA, CA  92701-8000** | Trustee: | James J. Joseph, Trustee<br>2029 Century Park East<br>Third Floor<br>Los Angeles, CA 90067-2904 |
|---|---|---|---|

Description:   TURNOVER OF UNCLAIMED FUNDS    PURSUANT TO RULE 3011

Bank Account Number:   3758666942